# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

LAMETRA PHILLIPS,

   Plaintiff(s),

v.

DEPARTMENT OF CHILDREN AND FAMILY SERVIES, et al.,

   Defendant(s).

Case No. 24-cv-2119

Hon. Steven C. Seeger

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $    ,

    which ☐ includes     pre–judgment interest.
             ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐    in favor of defendant(s)
and against plaintiff(s)
Defendant(s) shall recover costs from plaintiff(s).

☒    other: Plaintiff failed to comply with this Court's Order dated November 15, 2024 (Dckt. No. [31]). The complaint is hereby dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger.

Date:   12/23/2024                           Thomas G. Bruton, Clerk of Court
                                                          Jessica J. Ramos, Deputy Clerk